David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
dfeldman@feldmangraf.com
Attorneys for Defendant Mid-Century Ins. Co.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA TURNER; and SANDRA TURNER as guardian ad litem for SCHARLENE WOODEY, a minor,<br><br>                     Plaintiffs,<br><br>       vs.<br><br>MID-CENTURY INSURANCE COMPANY, d/b/a FARMERS INSURANCE; DOES 1 through 10; and ROE CORPORATION 101 through 200, inclusive,<br><br>                     Defendants. | 2:15-cv-00114-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs Sandra Turner and Scharlene Woodley, by and through their counsel of record, Brian M. Boyer, Esq. of the law firm of Bernstein & Poisson and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:15-CV-00114-JCM-CWH, entitled *Sandra Turner; and Sandra Turner as guardian ad litem f*or *Scharlene Woodey, a minor v. Mid-Century Insurance Company, et al.*, is hereby dismissed with prejudice, and that all parties agree to bear their own attorneys' fees and costs and any interest.  A trial date has not been scheduled in the above-captioned matter.

**ORDER**

IT IS SO ORDERED:

Dated: July 14, 2016                                              _____
                                                                                UNITED STATES DISTRICT JUDGE

1

*Sandra Turner; and Sandra turner as guardian ad litem f*or *Scharlene Woodey,
a minor v. Mid-Century Insurance Company, et al.*
United States District Court Case No. 2:15-cv-00114-JCM-CWH
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated:   July 12, 2016                             Dated:   July 12, 2016

*/s/* BRIAN M. BOYER                              */s/* DAVID J. FELDMAN

BERNSTEIN & POISSON                               FELDMAN GRAF, P.C.
Brian M. Boyer, Esq.                              David J. Feldman, Esq.
Nevada Bar No. 12185                              Nevada Bar No. 5947
320 S. Jones Boulevard                            8845 W. Flamingo Road, Suite 110
Las Vegas, NV 89107                               Las Vegas, Nevada 89147
Telephone:  (702) 877-4878                        Telephone:  (702) 949-5096
Facsimile: (702) 256-6280                         Facsimile:  (702) 949-5097
brian@vegashurt.com                               dfeldman@feldmangraf.com
Attorneys for Plaintiffs Sandra Turner            Attorneys for Defendant
and Sandra Turner as guardian ad litem for        Mid-Century Insurance Company
Scharlene Woodey, a minor

2